# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>BRETT KENNEDY, MAZIAR REZAKHANI, and SAM SADEGHI,<br><br>  Defendants. | No. 2:17-cv-01344 RSL<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANT MAZIAR REZAKHANI** |

This matter comes before the Court on "Plaintiff's Motion for Default Judgment Against Defendant Maziar Rezakhani." Dkt. # 14. On September 7, 2017, the Commission filed a Complaint in this action. Rezakhani failed to plead or otherwise defend this action. On November 21, 2017, the Court entered an order of default against Rezakhani. Although Rezakhani failed to appear in this matter, the SEC has given him notice of both the default and this motion for default judgment. The Court, having reviewed the pleadings and the SEC's motion, ORDERS as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Maziar Rezakhani is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange in connection with the purchase or sale of any security regarding which he possesses or possessed material non-public information..

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable for disgorgement of $94,397.65, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $9,286.82 through November 30, 2017, and a civil penalty in the amount of $103,684.47 pursuant to Section 21A of the Exchange Act, 15 U.S.C. § 78u-1. The total amount of the judgment is therefore $207,368.94, plus post-judgment interest.

Dated this 1st day of February, 2018.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge