United States District Court
WESTERN DISTRICT OF WASHINGTON

SECURITIES AND EXCHANGE
COMMISSION,

v.

MAZIAR REZAKHANI,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C17-1344RSL

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant Maziar Rezakhani is liable for disgorgement of $94,397.65, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $9,286.82 through November 30, 2017, and a civil penalty in the amount of $103,684.47 pursuant to Section 21A of the Exchange Act, 15 U.S.C. § 78u-1. The total amount of the judgment is therefore $207,368.94, plus post-judgment interest.

February 1, 2018                    William M. McCool
                                                    Clerk

                                                    /s/Sharita Tolliver
                                                    By, Deputy Clerk